UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENJOY THE CITY NORTH, INC.,
and ENJOY THE CITY, INC.,

    Plaintiffs,

    v.                        NO. CIV. S-08-2027 LKK/DAD

JEFF STRANGER and JEFF
STRANGER d/b/a J.L.S.
ENTERPRISES and Z BEST
DINING & ENTERTAINMENT,
                                        O R D E R

    Defendants.
_____/

    Good cause appearing and in accordance with Local Rules 3-120(d) and (f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to transfer the case to the Fresno division.

    IT IS SO ORDERED.

    DATED: December 9, 2008.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT